Opinion issued October 20, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00016-CR

———————————

KYLE LYNN
FERGUSON, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 184th District Court 

Harris County, Texas



Trial Court Cause No. 378078



 

MEMORANDUM
OPINION

Appellant,
Kyle Lynn Ferguson, has filed a motion to dismiss the appeal.   The motion complies with Texas Rule of
Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).
 We have not issued a decision in the
appeal.  The Clerk of this Court has sent
a duplicate copy to the trial court clerk. Id.

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).
 We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Bland and Huddle.

Do not publish. 
 Tex. R. App. P. 47.2(b).